IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02683-CYC

REUMALDO GONZALEZ VIERA,

      Petitioner,

v.

WARDEN, Denver Contract Detention Facility,
MARKWAYNE MULLIN, Secretary of Homeland Security,
TODD M. LYONS, Acting Director U.S. Immigration and Customs Enforcement, DHS, and
TODD BLANCHE, Acting Attorney General of the United States,

      Respondents.

---

## ORDER TO SHOW CAUSE

---

**Cyrus Y. Chung, United States Magistrate Judge.**

A petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, has been filed by the Petitioner, challenging his detention at an immigration facility in Aurora, Colorado. Upon reading the petition, good cause appears.

Accordingly, it is hereby ORDERED that Respondents **SHOW CAUSE within seven (7) days from the date of this Order** why the Petition, ECF No. 1, should not be granted.

It is further **ORDERED** that **within twenty-one (21) days of Respondents' answer to this Order to Show Cause**, the Petitioner may file a reply.

It is further **ORDERED** that **within seven (7) days from the date of this Order** the parties shall complete and file the *Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction* form, ECF No. 4, indicating either the unanimous consent of the parties or that consent has been declined.

Pursuant to the All Writs Act, and in order to preserve the Court's jurisdiction, it is

further ORDERED that the respondents **SHALL NOT REMOVE** the Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order. *See Vizguerra-Ramirez v. Choate*, No. 25-cv-00881-NYW, ECF No. 11 at 4–5 (D. Colo. Mar. 21, 2025) (collecting cases); *Leyva Ramirez v. Baltazar*, No. 26-cv-00199-NYW, ECF No. 16 at 1–2 (D. Colo. Jan. 21, 2026).

Entered and dated this 24th day of June, 2026, at Denver, Colorado.

BY THE COURT:

_____

Cyrus Y. Chung
United States Magistrate Judge